1  MCGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-04-DB |
| Plaintiff, | STIPULATION AND ORDER TO SET INITIAL APPEARANCE IN THE SOUTHERN DISTRICT OF CALIFORNIA |
| v. | |
| RAQUEL PERALES, | |
| Defendants. | |

Defendant Raquel Perales was indicted in the Southern District of California on October 18, 2018. She made her initial appearance in the Eastern District of California on January 7, 2019 pursuant to Federal Rule of Criminal Procedure 5 ("Rule 5").[1]  A detention hearing was held on January 8, 2019,

---

[1] Federal Rule of Criminal Procedure 5 states as follows:

**(3) Procedures in a District Other Than Where the Offense Was Allegedly Committed.** If the initial appearance occurs in a district other than where the offense was allegedly committed, the following procedures apply:

. . .

    **(D)** the magistrate judge must transfer the defendant to the district where the offense was allegedly committed if:

        **(i)** the government produces the warrant, a certified copy of the warrant, or a reliable electronic form of either; and

        **(ii)** the judge finds that the defendant is the same person named in the indictment, information, or warrant; and

    **(E)** when a defendant is transferred and discharged, the clerk must promptly transmit the papers and any bail to the clerk in the district where the offense was allegedly committed.

STIPULATION TO SET INITIAL APPEARANCE      1

during which the Court ordered the defendant released on certain conditions. One of those conditions is that the defendant participate in a 90-day residential drug treatment program. The Court set a status in the Eastern District of California for March 22, 2019. The Court did not order that the defendant appear in the Southern District of California.

The parties hereby agree and stipulate, and request that the Court order that the defendant be transferred to the Southern District of California pursuant to Rule 5 and that the defendant appear before Magistrate Judge William V. Gallo at the United States Courthouse in the Southern District of California on **Friday April 12, 2019, at 10:30 a.m**. at the following address:

> United States Courthouse
> Courtroom of the Honorable William V. Gallo
> 221 W Broadway, San Diego California, 92101

IT IS SO STIPULATED

Dated: January 8, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: January 8, 2019

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
RAQUEL PERALES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: January 10, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE