FILED
January 8, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAQUEL PERALES, ) <br> ) <br> Defendant. ) | Case No. 2:19-MJ-00004-DB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RAQUEL PERALES, Case No. 2:19-MJ-00004-DB, Charge 21 USC §§ 846, 841(a)(1), 952, 960; 18 USC § 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 25,000 (co-signed)

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Corporate Surety Bail Bond

        ✔ (Other) Defendant shall be released at 9:00 a.m., on 1/9/2019, to Pretrial Services. With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 8, 2019 at _____ PM .

By _____
Deborah Barnes
United States Magistrate Judge